■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO SANTIAGO, Appellant. — Appeals from judgment, Supreme Court, Bronx County (J. Rosenberg, J.), rendered on October 2, 1979 and judgment of said court (Hecht, J.), rendered on October 9, 1979, unanimously held in abeyance, and appellant is granted leave to submit a supplemental brief on or before October 15, 1981, if he so desires. The order of this court entered on June 16, 1981, is hereby vacated. No opinion. Concur — Birns, J.P., Sandler, Ross, Markewich and Bloom, JJ.

■ In the Matter of COMMODITY RESOURCES, INC., Respondent, v ROBERT ABRAMS, as Attorney-General of the State of New York, Appellant. — Judgment, Supreme Court, New York County (Stecher, J.), entered on April 2, 1981, unanimously affirmed, without costs and without disbursements, and without prejudice to the issuance of a subpoena appropriate in scope. No opinion. Concur — Kupferman, J.P., Birns, Sandler, Ross and Fein, JJ.

■ HARRY WINSTON, INC., Respondent, v ESKANDAR ARYEH, Appellant. — Orders, Supreme Court, New York County, entered on February 3, 1981 (Evens, J.), and on March 11, 1981 (Scott, J.), unanimously affirmed. Respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. The appeal from the order entered on March 30, 1981 (Scott, J.), is dismissed as nonappealable. No opinion. Concur — Sullivan, J.P., Carro, Silverman and Bloom, JJ.

■ CARP'S DELICATESSEN CORP., Respondent, v ALLCITY INSURANCE COMPANY et al., Appellants. — Order, Supreme Court, New York County (Evens, J.), entered on March 23, 1981, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal. The application to submit exhibits granted. No opinion. Concur — Sullivan, J.P., Carro, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BONILLA, Appellant. — Judgment, Supreme Court, Bronx County (Grey, J.), rendered on June 8, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J.P., Carro, Silverman and Bloom, JJ.